# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JONATHAN O. D.,[1]

        Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No.  CV 22-05966-RAO

**JUDGMENT**

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED:   July 25, 2023

                               /s/
                         ROZELLA A. OLIVER
                         UNITED STATES MAGISTRATE JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.