UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JONATHAN O. DAVIS,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:22-cv-05966-RAO<br><br>**ORDER GRANTING JOINT STIPULATION FOR ATTORNEYS' FEES PURSUANT TO THE EQUAL JUSTICE ACCESS ACT (EAJA)** |

## ORDER

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA fees are awarded in the amount of FIVE THOUSAND NINETY-FIVE DOLLARS AND ZERO CENTS ($5,095.00) and no costs, subject to the terms of the stipulation.

**IT IS SO ORDERED.**

Dated: November 13, 2023

_____
THE HONORABLE ROZELLA A. OLIVER
U.S. MAGISTRATE JUDGE